983 A.2d 197

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. ROBERT
DWAYNE GREEN, DEFENDANT–RESPONDENT.

October 1, 2009.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reconsider in light of the motion to expand the record.

983 A.2d 197

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT
v. DARIN HICKSON, DEFENDANT–PETITIONER.

October 16, 2009.

Denied.